UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BARBARA JEAN REIS,

     Plaintiff,

                                   Case No. 1:18-cv-29

v.

                                   HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/


## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is

AFFIRMED.


Dated:  January 7, 2019                         /s/  Paul L. Maloney

                                           Paul L. Maloney
                                           United States District Judge